UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-60321-CIV-ROSENBAUM/HUNT

OSCAR GAVIRIA AND WINSTON )
WILFREDO SANCHEZ and all others )
similarly situated under 29 U.S.C. 216(b) )
                                          )
            Plaintiffs,                   )
    vs.                                   )
                                          )
MALDONADO BROTHERS, INC. D/B/A            )
AUTO WAX OF SOUTH FLORIDA                 )
BRINOLFO MALDONADO                        )
                                          )
            Defendants.                   )
_____)

## PLAINTIFFS' MOTION IN LIMINE

**COME NOW** Plaintiffs, by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure, and file the above-described Plaintiffs' Motion In Limine and state as follows in support thereof:

1. Plaintiffs move in limine to exclude reference or introduction of the following 2 issues:

   1) Exclude reference to attorney's fees and costs at trial.

   2) Exclude reference to liquidated damages at trial.

### Memorandum of Law

Courts have the inherent ability to "to manage the course of [their] trials," including the granting of motions in limine when appropriate. *Luce v. United States*, 469 U.S. 38, 41 (1984). The purpose of a motion in limine is "to give the trial judge notice of a movant's position so as to avoid the introduction of damaging evidence, which may irretrievably affect the fairness of a

trial." E.g., *Fagundez v. Louisville Ladder, Inc.*, 2012 WL 253214, at *1 (S.D. Fla. Jan. 26, 2012).

1. **Attorneys fees and costs:**

Any reference to attorneys fees and costs pursuant to 29 U.S.C. 216(b) or otherwise should be excluded under Rule 403 of the Federal Rules of Evidence as its probative value is substantially outweighed by the danger of unfair prejudice and confusion of the issues that it would create in this FLSA matter. The issue of attorney's fees and costs are matters decided by the Court post trial and not by the jury. As such, referencing Plaintiffs' attorneys' fees and costs has absolutely no probative value and can only be used to unfairly prejudice the jury. As such, any reference to attorney's fees and costs at trial should be excluded.

Wherefore, Plaintiffs request that the Court grant Plaintiffs' Motion in Limine and exclude any reference to the above referenced issues at trial.

2. **Exclude reference to liquidated damages.**

Any reference to liquidated damages pursuant to 29 U.S.C. 216(b) or otherwise should be excluded under Rule 403 of the Federal Rules of Evidence as its probative value is substantially outweighed by the danger of unfair prejudice and confusion of the issues that it would create in this FLSA matter. The issue of liquidated damages is a matter that is decided by the Court post trial and not by the jury. As such, referencing Plaintiffs' claim for liquidated damages has absolutely no probative value and can only be used to unfairly prejudice the jury. As such, any reference to liquidated damages should be excluded.

Wherefore, Plaintiffs request that the Court grant Plaintiffs' Motion in Limine and exclude any reference to liquidated damages at trial.

## Certificate of Good Faith Conferral

The undersigned attempted to confer via email and via telephone with Defendant's Counsel on August 28, 2014, but as of the filing of this motion has not been able to ascertain Defendant's position on this matter.

<div style="text-align:right">

Respectfully Submitted,

Daniel T. Feld, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: DanielFeld.Esq@gmail.com

By:_/s/ Daniel T. Feld _____
    Daniel T. Feld, Esq.
    Florida Bar Number: 0037013

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Motion In Limine was sent via CM/ECF to Juliana Gonzalez, Esq., McGuinness & Gonzalez, P.A., 3126 Center Street, Coconut Grove, FL 33133, Fax: (305) 448-9559, Email: juliana_gonzalez@hotmail.com, Lawrence Joseph McGuinness, Esq., McGuinness & Gonzalez, P.A., 3126 Center Street, Coconut Grove, FL 33133, Fax: (305) 448-9559, Email: ljmpalaw@netzero.comon this 28th day of August 2014.

<div style="margin-left:50%">

Daniel T. Feld, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: DanielFeld.Esq@gmail.com

By:_/s/ Daniel T. Feld _____
    Daniel T. Feld, Esq.
    Florida Bar Number: 0037013

</div>